# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JOSE GUADALUPE FARFAN VALLEJO,

    Defendant.

Case No. 2:15-mj-808-GWF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for the defendant to conduct her investigation in the case and determine whether the case will ultimately go to trial or be resolved through negotiations.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(G), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B), (iv).

## ORDER

IT IS THEREFORE ORDERED that the bench trial currently scheduled on Wednesday, June 22, 2016, at 9:00 a.m., be vacated and continued to  July 27, 2016 at  9:00 am .

DATED this 15th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE