**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE GUADALUPE FARFAN VALLEJO,<br><br>　　　　　　Defendant. | Case No. 2:15-mj-808-GWF<br><br>**~~PROPOSED~~ ORDER REGARDING PRESENTENCE REPORT** |

　　　　The parties have jointly withdrawn their joint recommendation for the preparation of a Presentence Report for this matter.

　　　　**IT IS HEREBY ORDERED** that this matter is no longer referred to the probation department for investigation and presentence report.

　　　　DATED this __2nd__ day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGRISTATE JUDGE

4